UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

**GABRIEL PEEPLES,**

    **Plaintiff**

**v.**                                                       Civil Action No. _____

**CLINICAL & SUPPORT OPTIONS, INC.,**

    **Defendant**

## **TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff Gabriel Peeples' Motion for a Temporary Restraining Order and Preliminary Injunction, and Defendant Clinical & Support Options, Inc.'s opposition thereto, it is, by the Court, this _____ day of _____ ___2020, hereby:

1. ORDERED, that Plaintiff's Request for a Temporary Restraining Order and Preliminary Injunction is GRANTED; and it is further
2. ORDERED, that Defendant Clinical & Support Options, Inc. Plaintiff's requested Reasonable Accommodation permitting the Plaintiff to perform Plaintiff's job through telework, and not be required to work in Respondent's physical office during the pandemic, pending further order of the Court; and it is further
3. ORDERED, that Defendant shall treat Plaintiff in all respects of Plaintiff's employment in a manner consistent with this Order, and discontinue their discriminatory practices pending further order of the Court.

Dated:

                                                    _____

                                                    Judge, United States District Court