UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL PEEPLES, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 20-CV-30144-KAR |
| | ) |
| v. | ) |
| | ) |
| CLINICAL & SUPPORT OPTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

SETTLEMENT ORDER OF DISMISSAL
December 15, 2020

The court, having been advised on December 15, 2020, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party to move for enforcement of the settlement agreement or, upon good cause shown, to reopen the action, within 60 days if the if settlement is not consummated.   The parties may move to extend the time to move in this court for enforcement of the settlement agreement or, upon good cause shown, to reopen the action, if the terms requiring payment under the settlement agreement have not been satisfied within 60 days.

By the Court,

/s/ Melissa M. Rivera
Melissa M. Rivera
Deputy Clerk